**The relief described hereinbelow is SO ORDERED.**

**Signed October 06, 2016.**



_____
　　　　　**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| RITA RESTAURANT CORP., | § | Case No. 16-52272 |
| DON PABLO'S OPERATING, LLC, | § | Case No. 16-52274 |
| HOPS OPERATING, LLC, | § | Case No. 16-52275 |
| | § | |
| Debtors. | § | (Jointly Administered Under |
| | § | Case No. 16-52272) |

**ORDER AUTHORIZING JOINT ADMINISTRATION
PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015**

On October 4, 2016, the Debtors filed a motion entitled *Emergency Motion for Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015* in the above styled and numbered chapter 11 cases seeking joint administration of such cases ("Motions"). The Court finds that notice was proper and that no party in interest made any response in opposition to the Motions or, if so, the relief requested in any such response was

{39655766;1}

denied for the reasons stated on the record, and further finds that the relief requested in the Motions should be granted.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Chapter 11 cases of Rita Restaurant Corp., Don Pablo's Operating, LLC and Hops Operating, LLC, be jointly administered in accordance with the terms of this Order, as follows:

(1) Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

(2) Rita Restaurant Corp., Don Pablo's Operating, LLC and Hops Operating, LLC, are to be jointly administered under Case No. 16-52272;

(3) Judge Ronald B. King shall preside over these jointly administered cases;

(4) The joint caption of the Rita Restaurant Corp., Don Pablo's Operating, LLC and Hops Operating, LLC, cases shall read as shown in attached Exhibit A.

(5) All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of Rita Restaurant Corp., Case No. 16-52272;

(6) All proofs of claim shall be filed under the case number representing the Debtors' estates against which the claim is made;

(7) Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the Debtors by virtue of this Order; and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs;

(8) A docket entry shall be made in each of the Debtors' cases substantially as follows: *An order has been entered in this case directing the joint administrative of the Chapter 11 cases of Rita Restaurant Corp., Don Pablo's Operating, LLC and Hops Operating, LLC; the docket in the Chapter 11 case of Rita Restaurant Corp., Case No. 16-52272 should be consulted for all matters affecting this case;*

(9) Debtors shall file a master service list in Rita Restaurant Corp., Case No. 16-52272 which includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all the Debtors' jointly administered cases for future noticing requirements; and

(10) This order shall be served by the debtor on interested parties and all parties included on the master service list.

# # #

PREPARED AND SUBMITTED BY:

David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com

PROPOSED COUNSEL FOR DEBTORS AND
DEBTORS-IN-POSSESSION

**EXHIBIT A**
**JOINTLY ADMINISTERED CASES CAPTION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| RITA RESTAURANT CORP, *et al.* | § | Case No. 16-52272 |
| | § | |
| Debtors. | § | Jointly Administered |

{39655766;1}               4