

**The relief described hereinbelow is SO ORDERED.**

**Signed October 11, 2016.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RITA RESTAURANT CORP., _et al_[1] | § | Case No. 16-52272-RBK |
| | § | |
| Debtors. | § | (Joint Administration Pending) |

### ORDER GRANTING DEBTORS' EMERGENCY MOTION TO (I) RETAIN AND PAY AUCTIONEER, (II) SELL CERTAIN PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, AND (III) APPROVE STORE CLOSURE PROCEDURES

The Court has considered Debtors' Emergency Motion (the "Motion")[2] to (i) Retain and Pay Auctioneer, (ii) Sell Certain Property Free and Clear of All Liens, Claims, and Encumbrances, and (iii) Approve Store Closure Procedures, and finds that notice was proper and that no party in interest made any response in opposition to the Motion or, if so, the relief requested in any such response was denied for the reasons stated on the record, and further finds

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Rita Restaurant Corp. (3919); Don Pablo's Operating, LLC (1986); and Hops Operating, LLC (1985). The address for all the Debtors is 120 Chula Vista, Hollywood Park, TX 78232.

[2] Unless otherwise noted, defined terms from the Motion are incorporated by reference herein.

{39679017;2}

that the relief requested in the Motion should be granted on an interim basis. Accordingly, it is therefore

ORDERED that the Motion is GRANTED, as set forth herein; and it is further

ORDERED that the Debtors are authorized to retain the Auctioneer pursuant to the terms of the Auction Agreement; and it is further

ORDERED that the Debtors are authorized to sell the FF&E free and clear of all liens, claims, and encumbrances with any liens, claims or encumbrances attaching to the proceeds of such sales in the order and priority as they existed on the Petition Date; and it is further

ORDERED that the proceeds of the FF&E sales shall be held separate from Debtors' other funds in segregated debtor-in-possession accounts; and it is further

ORDERED that Debtors shall retain the FF&E sales proceeds in such segregated debtor-in-possession accounts pending further order of this Court, including any order this Court enters regarding the Debtors' use of cash collateral and/or debtor-in-possession financing; and it is further

ORDERED that the Store Closure Procedures are approved; and it is further

ORDERED that any landlord affected by the Store Closure Procedures may object to the Store Closure Procedures within twenty-one (21) days of the entry of this order; and it is further

ORDERED that nothing in this Order shall apply to or otherwise impact the Don Pablo's Store 17 at 7050 Ridgmar Meadow Rd., Fort Worth, Texas; and it is further

ORDERED that nothing in this Order shall apply to or otherwise impact the Don Pablo's Store 31 at 401 Riverboat Row, Newport, Kentucky; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

All relief not expressly granted in this order is denied.

### # # # END OF ORDER # # #

Prepared and submitted by:

David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
AKERMAN LLP
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION