**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**P.O. BOX 1539**
**SAN ANTONIO, TX 78295-1539**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RITA RESTAURANT CORP., ET AL. | § | CASE NO. 16-52272-RBK |
| | § | CHAPTER 11 |
| | § | |
| DEBTORS IN POSSESSION | § | (JOINTLY ADMINISTERED) |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee ("UST"), through the undersigned attorney, pursuant to § 1102(a)(1) and (b)(1) of the Bankruptcy Code, and hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in the jointly administered cases of Rita Restaurant Corp, Don Pablo's Operating, LLC, and Hops Operating, LLC.

1. Gordon Food Service
   1300 Gezon Parkway SW
   Wyoming, MI 49509
   (616) 717-4806
   Contact: Sharon Murphy
   E-mail: sharon.vet@gfs.com

2. Washington Prime Group, Inc.
   180 E. Broad Street, 21st Floor
   Columbus, OH 43215
   (614) 887-5625
   Contact: Stephen Ifeduba
   E-mail: stephen.ifeduba@washingtonprime.com

3. SDM, LLC c/o
   Eclipse Real Estate
   6402 Cornell Ave.
   Indianapolis, IN 46220
   (317) 514-5103
   Contact: Bryan Chandler
   E-mail: bchandler@eclipsere.com

                              Respectfully submitted,

                              JUDY A. ROBBINS
                              UNITED STATES TRUSTEE
                              REGION 7

                              By: /s/James W. Rose, Jr.
                                  James W. Rose, Jr.
                                  Trial Attorney
                                  Texas Bar No. 17251900
                                  615 E. Houston, Rm. 533
                                  P.O. Box 1539
                                  San Antonio, TX 78295-1539
                                  (210) 472-4640
                                  (210) 472-4649 Fax
                                  E-mail: james.rose@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors has been served upon each member of the committee of unsecured creditors by United States mail, first class, postage pre-paid, and/or by electronic means for all Pacer system participants at the addresses contained in the Notice of Appointment and to the parties on the attached service list on this the 14th day of October, 2016.

                              /s/ James W. Rose, Jr.
                              James W. Rose
                              Trial Attorney