**The relief described hereinbelow is SO ORDERED.**

**Signed November 21, 2016.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **RITA RESTAURANT CORP., ET AL**., | Case No. 16-52272-rbk |
| Debtors. | Jointly Administered |

### ORDER AUTHORIZING AND APPROVING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS OF OCTOBER 14, 2016

The Court having duly considered the *Application for Approval of Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors Effective as of October 14, 2016* (the "Application");[2] filed by the Official Committee

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_LA:301833.2 18852/002

of Unsecured Creditors of (the "Committee") of the above-captioned debtors (the "Debtors") seeking approval of their employment of the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") to represent them as counsel for the Committee; and upon consideration of the Affidavit of Jeffrey N. Pomerantz, a partner of PSZ&J, annexed to the Application as Exhibit A; and the Court finding that the Application has been properly served to the parties listed therein; and the Court being satisfied that PSZ&J and its attorneys are "disinterested" as that term is defined in 11 U.S.C. §101(14), represent no interest adverse to the Debtors or their estates in the matter upon which they are to be employed and that PSZ&J has no adverse interests within the meaning of 11 U.S.C. § 328(a); it is hereby:

**ORDERED** that the Application is **GRANTED.** It is further

**ORDERED** that the employment by the Committee of PSZ&J on the terms and conditions set forth in the Application is authorized and approved, as of October 14, 2016, in accordance with 11 U.S.C. §§ 328(a) and 1103(a).

All relief not expressly granted in this order is denied.

# # # END OF ORDER # # #

Prepared and submitted by:

Michael D. Warner (SBN 00792304)
Cole Schotz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255

and

25

Jeffrey N. Pomerantz (CA Bar No. 143717)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com

*Proposed Counsel to the Official
Committee of Unsecured Creditors*