MOR-1

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | Rita's Restaurant Corp. |
| CASE NUMBER: | 16-52272 |
| PROPOSED PLAN DATE: | |
| PETITION DATE: | 10/04/16 |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH _____ YEAR 2016

| | MONTH | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/2/16 | | | | | | | | | | | |
| REVENUES (MOR-6) | 2,106,747 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | -126,905 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME (LOSS) (MOR-6) | -157,084 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYMENTS TO INSIDERS (MOR-9) | 71,017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL DISBURSEMENTS (MOR-8) | 2,729,278 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED | | | EXP. | | CHECK ONE | |
|---|---|---|---|---|---|---|
| AS OF SIGNATURE DATE | YES | NO | DATE | | | |
| CASUALTY | ✓ | | 04/01/17 | Are all accounts receivable being collected within terms? | ✓ Yes | ☐ No |
| LIABILITY | ✓ | | 04/01/17 | Are all post-petition liabilities, including taxes, being paid within terms? | ✓ Yes | ☐ No |
| VEHICLE | ✓ | | 04/01/17 | Have all tax returns and other required government filings been timely paid? | ✓ Yes | ☐ No |
| WORKERS' | ✓ | | 04/01/17 | Have any pre-petition liabilities been paid? | ✓ Yes | ☐ No |
| OTHER | ✓ | | 06/30/17 | If so, describe Court Approved Critical Vendor Payments, and PACA Claims | | |
| Ohio Workers' Compensation | | | | Are all funds received being deposited into Debtor in Possession bank accounts? | ✓ Yes | ☐ No |
| | | | | Were any assets disposed of outside the normal course of business? | ☐ Yes | ✓ No |
| | | | | If so, describe | | |
| | | | | Are all U.S. Trustee Quarterly Fee Payments current? | ✓ Yes | ☐ No |
| | | | | What is the status of your Plan of Reorganization? In Process | | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____(signature)_____  TITLE: DIRECTOR OF ACCOUNTING
(ORIGINAL SIGNATURE)

MARTIN B. JACKSON                       DATE 11-23-16
(PRINT NAME OF SIGNATORY)

| | |
|---|---|
| ATTORNEY NAME: | David Parham |
| FIRM NAME: | Akerman LLP |
| ADDRESS: | 2001 Ross Avenue |
| | Suite 2550 |
| CITY, STATE, ZIP: | Dallas, TX 75201 |
| TELEPHONE/FAX: | 214-720-4300 |

INITIALS ____ DATE ____
UST USE ONLY

MOR-1                                                                    Revised 11/08/05

CASE NAME: Rita's Restaurant Corp.
CASE NUMBER: 16-52272

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 10/4/16 | MONTH 11/2/16 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash | 259,707 | 703,229 | | | | |
| Accounts Receivable, Net (Note 1) | 380,772 | 89,781 | | | | |
| Inventory: Lower of Cost or Market | 371,455 | 251,912 | | | | |
| Prepaid Expenses | 0 | 7,500 | | | | |
| Investments | 0 | 0 | | | | |
| Other | 0 | 0 | | | | |
| **TOTAL CURRENT ASSETS** | 1,011,934 | 1,052,422 | 0 | 0 | 0 | 0 |
| PROPERTY, PLANT & EQUIP. @ COST | 6,021,869 | 5,412,110 | 0 | 0 | 0 | 0 |
| Less Accumulated Depreciation | 5,098,859 | 4,514,979 | 0 | 0 | 0 | 0 |
| NET BOOK VALUE OF PP & E | 923,010 | 897,131 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS** | | | | | | |
| 1. Tax Deposits | 0 | 0 | 0 | 0 | 0 | 0 |
| 2. Investments in Subsidiaries | 0 | 0 | | | | |
| 3. Electric Deposit | 0 | 0 | | | | |
| 4. Other Assets | 124,742 | 151,749 | | | | |
| **TOTAL ASSETS** | 2,059,686 | 2,101,302 | 0 | 0 | 0 | 0 |

*The filing deadline for Schedules and Statement of Affairs has been extended to December 15, 2016.

MOR-2

Revised 11/08/05

CASE NAME: Rita's Restaurant Corp.
CASE NUMBER: 16-52272

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 10/4/16 | MONTH 11/2/16 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0 | 1,102,003 | 0 | 0 | 0 | 0 |
| PRE-PETITION LIABILITIES | | | | | | |
| Notes Payable - Secured | 0 | 0 | | | | |
| Priority Debt | 648,444 | 411,363 | | | | |
| Federal Income Tax | 0 | 0 | | | | |
| FICA/Withholding | 0 | 0 | | | | |
| Unsecured Debt | 2,215,736 | 1,895,287 | | | | |
| Other | 2,042,359 | 1,696,586 | | | | |
| TOTAL PRE-PETITION LIABILITIES | 4,906,539 | 4,003,236 | 0 | 0 | 0 | 0 |
| TOTAL LIABILITIES | 4,906,539 | 5,105,239 | 0 | 0 | 0 | 0 |
| OWNER'S EQUITY (DEFICIT) | | | | | | |
| PREFERRED STOCK | 0 | 0 | | | | |
| COMMON STOCK | 1 | 1 | | | | |
| ADDITIONAL PAID-IN CAPITAL | 17,488,012 | 17,488,012 | 0 | 0 | 0 | 0 |
| MEMBERS EQUITY: Filing Date | -20,334,866 | -20,334,866 | 0 | 0 | 0 | 0 |
| MEMBERS EQUITY: Post Filing Date | 0 | -157,084 | 0 | 0 | 0 | 0 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -2,846,853 | -3,003,937 | 0 | 0 | 0 | 0 |
| TOTAL LIABILITIES & OWNERS EQUITY | 2,059,686 | 2,101,302 | 0 | 0 | 0 | 0 |

*The filing deadline for Schedules and Statement of Affairs has been extended to December 15, 2016.

MOR-3

Revised 11/08/05

CASE NAME: Rita's Restaurant Corp.
CASE NUMBER: 16-52272

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 11/2/16 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 178,016 | 0 | 0 | 0 | 0 | 0 |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0 | | | | | |
| State Payroll Taxes | 0 | | | | | |
| Ad Valorem Taxes | 4,994 | | | | | |
| Other Taxes | 153,993 | | | | | |
| TOTAL TAXES PAYABLE | 158,987 | 0 | 0 | 0 | 0 | 0 |
| SECURED DEBT POST-PETITION | 0 | | | | | |
| ACCRUED INTEREST PAYABLE | 0 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 15,000 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Workers' Comp | 0 | 0 | 0 | 0 | 0 | 0 |
| 2. DIP Loan | 750,000 | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 1,102,003 | 0 | 0 | 0 | 0 | 0 |

*Payment requires Court Approval

MOR-4

Revised 11/08/05

CASE NAME: Rita's Restaurant Corp.
CASE NUMBER: 16-52272

## AGING OF POST-PETITION LIABILITIES
MONTH OF 11/02/16

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | PROFESSIONAL FEES |
|---|---|---|---|---|---|---|
| 0-30 | 352,003 | 178,016 | 0 | 153,993 | 4,994 | 15,000 |
| 31-60 | 0 | | | | | |
| 61-90 | 0 | | | | | |
| 91+ | 0 | | | | | |
| TOTAL | 352,003 | 178,016 | 0 | 153,993 | 4,994 | 15,000 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Total | A/R Credit Card/ Other | |
|---|---|---|---|
| 0-30 DAYS | 89,781 | 89,781 | |
| 31-60 DAYS | 0 | 0 | |
| 61-90 DAYS | 0 | 0 | |
| 91+ DAYS | 0 | 0 | |
| TOTAL | 89,781 | 89,781 | 0 |

MOR-5

Revised 11/08/05

CASE NAME: Rita's Restaurant Corp.
CASE NUMBER: 16-52272

## STATEMENT OF INCOME (LOSS)

| | MONTH 11/2/16 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 2,106,747 | | | | | | 2,106,747 |
| TOTAL COST OF REVENUES | 1,476,863 | | | | | | 1,476,863 |
| GROSS PROFIT | 629,884 | 0 | 0 | 0 | 0 | 0 | 629,884 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 40,251 | | | | | | 40,251 |
| General & Administrative | 600,480 | 0 | 0 | 0 | 0 | 0 | 600,480 |
| Insiders Compensation | 101,058 | | | | | | 101,058 |
| Professional Fees | 15,000 | | | | | | 15,000 |
| Other | | | | | | | 0 |
| Other | | | | | | | 0 |
| TOTAL OPERATING EXPENSES | 756,789 | 0 | 0 | 0 | 0 | 0 | 756,789 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -126,905 | 0 | 0 | 0 | 0 | 0 | -126,905 |
| INTEREST EXPENSE | | | | | | | 0 |
| DEPRECIATION | 14,929 | | | | | | 14,929 |
| OTHER (INCOME) EXPENSE* (Note 1) | 15,250 | | | | | | 15,250 |
| OTHER ITEMS** | | | | | | | 0 |
| TOTAL INT, DEPR & OTHER ITEMS | 30,179 | 0 | 0 | 0 | 0 | 0 | 30,179 |
| NET INCOME BEFORE TAXES | -157,084 | 0 | 0 | 0 | 0 | 0 | -157,084 |
| FEDERAL INCOME TAXES | | | | | | | 0 |
| NET INCOME (LOSS) (MOR-1) | -157,084 | 0 | 0 | 0 | 0 | 0 | -157,084 |

Accrual Accounting Required, Otherwise Footnote with Explanation.

* Amount includes Bankruptcy-Professional Fees
** Amount includes Non-recurring Expenses

MOR-6

Note 1 - Closed store write offs and disposals

Revised 11/05/05

CASE NAME: Rita's Restaurant Corp.
CASE NUMBER: 16-52272

## CASH RECEIPTS AND DISBURSEMENTS

| | MONTH 11/2/16 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | | | | | | | |
| 1. CASH-BEGINNING OF MONTH | $259,707 | | | | | | $259,707 |
| 2. CASH SALES | 2,306,883 | | | | | | 2,306,883 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | | | | | | 0 |
| 4. LOANS & ADVANCES (attach list) DIP Loan | 750,000 | | | | | | 750,000 |
| 5. SALE OF ASSETS | 0 | | | | | | 0 |
| 6. OTHER | 115,917 | | | | | | 115,917 |
| TOTAL RECEIPTS** | 3,172,800 | 0 | 0 | 0 | 0 | 0 | 3,172,800 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 922,261 | | | | | | 922,261 |
| 8. PAYROLL TAXES PAID | 0 | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | 437,133 | | | | | | 437,133 |
| 10. SECURED/RENTAL/LEASES | 179,434 | | | | | | 179,434 |
| 11. UTILITIES & TELEPHONE | 130,393 | | | | | | 130,393 |
| 12. INSURANCE | 22,123 | | | | | | 22,123 |
| 13. INVENTORY PURCHASES | 781,555 | | | | | | 781,555 |
| 14. VEHICLE EXPENSES | 0 | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | 0 | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 145,865 | | | | | | 145,865 |
| 17. ADMINISTRATIVE & SELLING | 39,497 | | | | | | 39,497 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | 0 | | | | | | 0 |
| 19. OTHER FMP SA Mgmt Fees | 71,017 | | | | | | 71,017 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 2,729,278 | 0 | 0 | 0 | 0 | 0 | 2,729,278 |
| 19. PROFESSIONAL FEES | 0 | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | 0 | | | | | | 0 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0 | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 2,729,278 | 0 | 0 | 0 | 0 | 0 | 2,729,278 |
| 22. NET CASH FLOW | 443,522 | 0 | 0 | 0 | 0 | 0 | 443,522 |
| 23. CASH - END OF MONTH (MOR-2) | 703,229 | 0 | 0 | 0 | 0 | 0 | 703,229 |

\* Applies to Individual debtors only
\*\* Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 11/08/05

CASE NAME: Rita's Restaurant Corp.
CASE NUMBER: 16-52272

## CASH ACCOUNT RECONCILIATION
### MONTH OF 11/02/16

| BANK NAME | AB&T/Bank of America | | | | Store Bank | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | | TOTAL |
| BANK BALANCE | 974,710 | | | 15,500 | | 990,210 |
| DEPOSITS IN TRANSIT | 7,055 | | | | | 7,055 |
| OUTSTANDING CHECKS | 294,036 | | | | | 294,036 |
| ADJUSTED BANK BALANCE | 687,729 | 0 | 0 | 15,500 | | 703,229 |
| BEGINNING CASH - PER BOOKS | 244,207 | | | 15,500 | | 259,707 |
| RECEIPTS* | 3,172,800 | | | | | 3,172,800 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | | |
| (WITHDRAWAL) OR CONTRIBUTION BY DEBTOR INDIVIDUAL MFR-2 | | | | | | 0 |
| CHECKS/OTHER DISBURSEMENTS* | 2,729,278 | | | | | 2,729,278 |
| ENDING CASH - PER BOOKS | 687,729 | 0 | 0 | 15,500 | | 703,229 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

### Bank Balance

| Bank | Account Name | Account Number | | Bank Balance |
|---|---|---|---|---|
| Bank of America | Rita Concentration Account | 334006941785 | | 375,977 |
| Bank of America | Rita Disbursement Account | 334006941835 | | 0 |
| Bank of America | Rita Payroll Account | 334006941850 | ZBA | 0 |
| Bank of America | Rita Disbursement BWL | 334006941843 | ZBA | 0 |
| Bank of America | Don Pablo's Store Deposit Account | 334006941942 | | 1,702 |
| Bank of America | Don Pablo's Disbursement BWL | 334006941918 | | 32,374 |
| Bank of America | Don Pablo's Payroll Tax Account | 334037156304 | ZBA | 4,846 |
| Bank of America | Hops Store Deposit | 334006941892 | | 38,291 |
| Bank of America | Hops Disbursement BWL | 334006941876 | | 2,491 |
| Bank of America | Hops Payroll Tax Account | 334037156296 | ZBA | 0 |
| JPMorgan Chase | Rita Store Deposit Account | 000000669989235 | | 2,586 |
| PNC | Rita Store Deposit Account | 1029006806 | | 4,635 |
| Arizona Bank & Trust | Rita Concentration Account | 9361138524 | | 511,807 |
| Arizona Bank & Trust | Rita Utility Account | 9361138538 | ZBA | 0 |
| Arizona Bank & Trust | Rita Merchant Account | 9361138543 | ZBA | 0 |
| Arizona Bank & Trust | Rita Disbursement Account | 9361138519 | ZBA | 0 |
| Total | | | | 974,710 |

Revised 11/08/05

CASE NAME: Rita's Restaurant Corp.
CASE NUMBER: 16-52272

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 11/2/16 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. FMP SA Management LLC/Mgmt Fees | 71,017 | 0 | 0 | 0 | 0 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | 71,017 | 0 | 0 | 0 | 0 |

| PROFESSIONALS | MONTH 11/2/16 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | 0 | 0 | 0 | 0 | 0 |
| 2. | 0 | 0 | 0 | 0 | 0 |
| 3. | 0 | 0 | 0 | 0 | 0 |
| 4. | 0 | 0 | 0 | 0 | 0 |
| 5. | 0 | 0 | 0 | 0 | 0 |
| 6. | 0 | 0 | 0 | 0 | 0 |
| TOTAL PROFESSIONALS (MOR-1) | 0 | 0 | 0 | 0 | 0 |

MOR-9

*Revised 11/08/05*

Don Pablo's
For the Ten Months Ending Wednesday, November 2, 2016

| P10 2016 | Total | % | Hops Operating, LLC | % | Don Pablo's Operating, LLC | % | 017 - Fort Worth (Ridgmar) | % | 029 - N Richland Hills (Rufe Snow) | % | 038 - Cincinnati (Hyde Park) | % | 055 - Lafayette | % | 079 - Shelby Township | % | 097 - Eden Prairie | % | 105 - Deptford | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 2,106,747 | 100.00% | 222,225 | 100.00% | 1,884,521 | 100.00% | 120,745 | 100.00% | 113,245 | 100.00% | 143,213 | 100.00% | 136,955 | 100.00% | 133,401 | 100.00% | 188,642 | 100.00% | 232,384 | 100.00% |
| Cost of Goods Sold | | | | | | | | | | | | | | | | | | | | |
| Food & Beverage | 562,508 | 26.70% | 71,783 | 32.30% | 490,725 | 32.30% | 28,427 | 23.54% | 33,315 | 29.42% | 27,409 | 19.14% | 40,051 | 29.24% | 31,019 | 23.25% | 57,246 | 30.35% | 65,289 | 28.10% |
| Alcohol | 95,483 | 28.40% | 9,091 | 34.63% | 86,392 | 34.63% | 6,059 | 33.13% | 4,594 | 30.66% | 1,590 | 7.49% | 4,236 | 27.22% | 3,972 | 21.70% | 7,196 | 23.09% | 10,641 | 25.40% |
| Total Cost of Goods Sold | 657,990 | 31.23% | 80,873 | 36.39% | 577,117 | 36.39% | 34,486 | 28.56% | 37,909 | 33.48% | 28,999 | 20.25% | 44,287 | 32.34% | 34,991 | 26.23% | 64,442 | 34.16% | 75,929 | 32.67% |
| Labor | | | | | | | | | | | | | | | | | | | | |
| Management | 229,488 | 10.89% | 25,234 | 11.36% | 204,254 | 11.36% | 13,276 | 10.99% | 16,330 | 14.42% | 24,134 | 16.85% | 20,372 | 14.87% | 17,849 | 13.38% | 13,809 | 7.32% | 17,655 | 7.60% |
| Labor-FOH | 146,359 | 6.95% | 12,138 | 5.46% | 134,222 | 5.46% | 7,242 | 6.00% | 7,109 | 6.28% | 10,662 | 7.44% | 8,584 | 6.27% | 10,987 | 8.24% | 28,916 | 15.33% | 12,629 | 5.43% |
| Labor-BOH | 295,006 | 14.00% | 38,488 | 17.32% | 256,518 | 17.32% | 17,015 | 14.09% | 16,412 | 14.49% | 19,106 | 13.34% | 16,131 | 11.78% | 15,172 | 11.37% | 23,977 | 12.71% | 33,742 | 14.52% |
| Labor-OT | 2,201 | 0.10% | 458 | 0.21% | 1,743 | 0.21% | 266 | 0.22% | 49 | 0.04% | 31 | 0.02% | 274 | 0.20% | 208 | 0.16% | 237 | 0.13% | 461 | 0.20% |
| Labor-Training | 5,631 | 0.27% | 0 | 0.00% | 5,631 | 0.00% | 141 | 0.12% | 258 | 0.23% | 91 | 0.06% | 601 | 0.44% | 134 | 0.39% | 0 | 0.07% | 1,560 | 0.67% |
| Total Direct Labor | 678,685 | 32.21% | 76,318 | 34.34% | 602,367 | 34.34% | 37,939 | 31.42% | 40,158 | 35.46% | 54,023 | 37.72% | 45,961 | 33.56% | 44,738 | 33.54% | 67,073 | 35.56% | 66,047 | 28.42% |
| Vacation Pay | 2,558 | 0.12% | 0 | 0.00% | 2,558 | 0.00% | 0 | 0.00% | 81 | 0.07% | 0 | 0.00% | 0 | 0.00% | 1,040 | 0.78% | 0 | 0.00% | 0 | 0.00% |
| Bonuses | 10,043 | 0.48% | 0 | 0.00% | 10,043 | 0.00% | 5,167 | 4.28% | 1,278 | 1.13% | 3,598 | 2.51% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Employee Benefits | 7,136 | 0.34% | 0 | 0.00% | 7,136 | 0.00% | 374 | 0.31% | 948 | 0.84% | 399 | 0.28% | 599 | 0.44% | 1,148 | 0.86% | 748 | 0.40% | 574 | 0.25% |
| Workers Comp Expense | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Payroll Taxes | 88,477 | 4.20% | 8,234 | 3.71% | 80,243 | 3.71% | 4,982 | 4.13% | 4,791 | 4.23% | 6,125 | 4.28% | 5,453 | 3.98% | 5,673 | 4.25% | 11,021 | 4.53% | 11,021 | 4.74% |
| Total Indirect Labor | 108,214 | 5.14% | 8,234 | 3.71% | 99,980 | 3.71% | 10,524 | 8.72% | 7,098 | 6.27% | 10,122 | 7.07% | 6,052 | 4.42% | 7,861 | 5.89% | 9,296 | 4.93% | 11,595 | 4.99% |
| Total Labor | 786,899 | 37.35% | 84,552 | 38.05% | 702,347 | 38.05% | 48,463 | 40.14% | 47,256 | 41.73% | 64,146 | 44.79% | 52,013 | 37.98% | 52,599 | 39.43% | 76,369 | 40.48% | 77,642 | 33.41% |
| Two Margin | 661,858 | 31.42% | 56,800 | 25.56% | 605,057 | 25.56% | 37,796 | 31.30% | 28,080 | 24.80% | 50,068 | 34.96% | 40,654 | 29.68% | 45,811 | 34.34% | 47,831 | 25.36% | 78,813 | 33.92% |
| Controllable Expenses | | | | | | | | | | | | | | | | | | | | |
| Supplies | 86,360 | 4.10% | 8,877 | 3.99% | 77,483 | 3.99% | 3,727 | 3.09% | 4,946 | 4.37% | 4,101 | 2.86% | 5,925 | 4.33% | 8,181 | 6.13% | 9,639 | 5.11% | 10,473 | 4.51% |
| Repair & Maint | 12,498 | 0.59% | 3,720 | 1.67% | 8,778 | 1.67% | 1,353 | 1.12% | 529 | 0.47% | 776 | 0.54% | 728 | 0.53% | 1,066 | 0.80% | (751) | (0.40%) | 2,140 | 0.92% |
| Utilities | 141,733 | 6.73% | 8,337 | 3.75% | 133,396 | 3.75% | 9,608 | 7.96% | 10,042 | 8.87% | 5,286 | 3.69% | 8,221 | 6.00% | 7,934 | 5.95% | 9,690 | 5.14% | 16,956 | 7.30% |
| Uniforms/Laundry | 6,812 | 0.32% | 955 | 0.43% | 5,857 | 0.43% | 546 | 0.45% | 340 | 0.30% | 593 | 0.41% | 478 | 0.35% | 654 | 0.49% | 181 | 0.10% | 420 | 0.18% |
| Contract Services | 18,530 | 0.88% | 1,820 | 0.82% | 16,710 | 0.82% | 1,387 | 1.15% | 1,030 | 0.91% | 2,013 | 1.41% | 2,349 | 1.71% | 1,656 | 1.24% | 1,004 | 0.53% | 1,493 | 0.64% |
| CCard/GCard Fees | 31,573 | 1.50% | 3,239 | 1.46% | 28,334 | 1.46% | 1,706 | 1.41% | 1,663 | 1.47% | 2,328 | 1.63% | 2,378 | 1.74% | 2,014 | 1.51% | 3,732 | 1.98% | 2,707 | 1.16% |
| Bank Charges | 2,674 | 0.13% | 206 | 0.09% | 2,468 | 0.09% | 206 | 0.17% | 206 | 0.18% | 206 | 0.14% | 206 | 0.15% | 206 | 0.15% | 206 | 0.11% | 206 | 0.09% |
| Misc. Expenses | 1,111 | 0.05% | 0 | 0.00% | 1,111 | 0.00% | 6 | 0.00% | 6 | 0.01% | 6 | 0.00% | 6 | 0.00% | 443 | 0.33% | 6 | 0.00% | 156 | 0.07% |
| Cash (Over)/Short | (7,387) | (0.35%) | 15 | 0.01% | (7,402) | 0.01% | (17) | (0.01%) | 0 | 0.00% | 10 | 0.01% | (8) | (0.01%) | (3,381) | (2.53%) | (1,659) | (0.88%) | (588) | (0.25%) |
| Total Controllable Expenses | 293,903 | 13.95% | 27,168 | 12.23% | 266,735 | 12.23% | 18,522 | 15.34% | 18,762 | 16.57% | 15,318 | 10.70% | 20,282 | 14.81% | 18,771 | 14.07% | 22,049 | 11.69% | 33,963 | 14.62% |
| Store Controllable Income | 367,955 | 17.47% | 29,633 | 13.33% | 338,322 | 13.33% | 19,274 | 15.96% | 9,318 | 8.23% | 34,750 | 24.26% | 20,373 | 14.88% | 27,039 | 20.27% | 25,782 | 13.67% | 44,850 | 19.30% |
| Store Non-Controllable Expenses | | | | | | | | | | | | | | | | | | | | |
| Licenses & Fees | 10,487 | 0.50% | 0 | 0.00% | 10,487 | 0.00% | 0 | 0.00% | 1,517 | 1.34% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 8,970 | 4.76% | 0 | 0.00% |
| Shared Expenses | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Fuel Surcharges | 170 | 0.01% | 0 | 0.00% | 170 | 0.00% | (8) | (0.01%) | 0 | 0.00% | 39 | 0.03% | 0 | 0.00% | 76 | 0.04% | 4,136 | 2.19% | 0 | 0.00% |
| State Business Taxes | 11,735 | 0.56% | 0 | 0.00% | 11,735 | 0.00% | (8) | (0.01%) | 1,517 | 1.34% | 411 | 0.29% | 0 | 0.00% | 0 | 0.00% | 9,046 | 4.80% | 0 | 0.00% |
| Total Non-Controllable Exp | 15,610 | 0.74% | 110 | 0.05% | 15,500 | 0.05% | 1,218 | 1.01% | 2,521 | 2.23% | 411 | 0.29% | 0 | 0.00% | 0 | 0.00% | 9,046 | 4.80% | 0 | 0.00% |
| Advertising | 40,251 | 1.91% | 3,889 | 1.75% | 36,362 | 1.75% | 2,338 | 1.94% | 2,257 | 1.99% | 2,506 | 1.75% | 2,668 | 1.95% | 2,770 | 2.08% | 4,152 | 2.20% | 4,067 | 1.75% |
| Occupancy Expenses | | | | | | | | | | | | | | | | | | | | |
| Rent | 147,651 | 7.01% | 16,742 | 7.53% | 130,909 | 7.53% | 13,331 | 11.04% | 7,658 | 6.76% | 12,329 | 8.61% | 9,583 | 7.00% | 10,940 | 8.20% | 14,607 | 7.74% | 14,348 | 6.17% |
| CAM Expense | 11,882 | 0.56% | 1,368 | 0.62% | 10,514 | 0.62% | 0 | 0.00% | 0 | 0.00% | 1,092 | 0.76% | 0 | 0.00% | 380 | 0.28% | 0 | 0.00% | 2,140 | 0.92% |
| Property Taxes | 42,756 | 2.03% | 2,725 | 1.23% | 40,031 | 1.23% | 2,324 | 1.92% | 4,297 | 3.79% | 3,680 | 2.57% | 2,918 | 2.13% | 627 | 0.47% | 4,136 | 2.19% | 8,245 | 3.55% |
| Insurance | 861 | 0.04% | 0 | 0.00% | 861 | 0.00% | 0 | 0.00% | 0 | 0.00% | 111 | 0.08% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Total Occupancy Expenses | 203,150 | 9.64% | 20,835 | 9.38% | 182,314 | 9.38% | 15,655 | 12.97% | 11,955 | 10.56% | 17,212 | 12.02% | 12,502 | 9.13% | 11,947 | 8.96% | 18,743 | 9.94% | 23,190 | 9.98% |
| Store Level EBITDA | 108,944 | 5.17% | 4,798 | 2.16% | 104,146 | 2.16% | 63 | 0.05% | (7,415) | (6.55%) | 14,620 | 10.21% | 5,203 | 3.80% | 12,323 | 9.24% | (6,158) | (3.26%) | 17,594 | 7.57% |

Don Pablo's
For the Ten Months Ending Wednesday, November 2, 2016

| P10 2016 | 113 - Baltimore (White Marsh) | % | 116 - Grand Prairie- Elite | % | 128 - Moorestown (Mt Laurel) | % | 135 - Alexandria | % | 156 - Newark | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 183,793 | 100.00% | 143,947 | 100.00% | 168,616 | 100.00% | 110,471 | 100.00% | 209,110 | 100.00% |
| Cost of Goods Sold | | | | | | | | | | |
| Food & Beverage | 48,822 | 26.56% | 25,065 | 17.41% | 40,266 | 23.88% | 39,209 | 35.49% | 54,608 | 26.11% |
| Alcohol | 11,047 | 29.41% | 6,970 | 30.42% | 8,121 | 28.86% | 13,042 | 56.79% | 8,922 | 24.20% |
| Total Cost of Goods Sold | 59,869 | 32.57% | 32,035 | 22.25% | 48,388 | 28.70% | 52,251 | 47.30% | 63,531 | 30.38% |
| Labor | | | | | | | | | | |
| Management | 19,042 | 10.36% | 13,521 | 9.39% | 19,659 | 11.66% | 13,833 | 12.52% | 14,775 | 7.07% |
| Labor-FOH | 14,176 | 7.73% | 8,505 | 5.91% | 8,909 | 5.28% | 6,378 | 5.77% | 10,125 | 4.84% |
| Labor-BOH | 24,885 | 13.54% | 20,609 | 14.32% | 24,590 | 14.58% | 16,353 | 14.80% | 28,525 | 13.64% |
| Labor-OT | 143 | 0.08% | 0 | 0.00% | 0 | 0.00% | 33 | 0.03% | 42 | 0.02% |
| Labor-Training | 281 | 0.15% | 227 | 0.16% | 429 | 0.25% | 295 | 0.27% | 1,092 | 0.52% |
| Total Direct Labor | 58,528 | 31.84% | 42,862 | 29.78% | 53,587 | 31.78% | 36,892 | 33.39% | 54,559 | 26.09% |
| Vacation Pay | 75 | 0.04% | 0 | 0.00% | 0 | 0.00% | 567 | 0.51% | 795 | 0.38% |
| Bonuses | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Employee Benefits | 773 | 0.42% | 399 | 0.28% | 399 | 0.24% | 200 | 0.18% | 574 | 0.27% |
| Workers Comp Expense | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Payroll Taxes | 7,077 | 3.85% | 5,696 | 3.96% | 8,499 | 5.04% | 4,255 | 3.85% | 8,124 | 3.88% |
| Total Indirect Labor | 7,925 | 4.31% | 6,095 | 4.23% | 8,898 | 5.28% | 5,022 | 4.55% | 9,492 | 4.54% |
| Total Labor | 66,453 | 36.16% | 48,957 | 34.01% | 62,485 | 37.06% | 41,913 | 37.94% | 64,051 | 30.63% |
| Two Margin | 57,471 | 31.27% | 62,955 | 43.73% | 57,744 | 34.25% | 16,307 | 14.76% | 81,528 | 38.99% |
| Controllable Expenses | | | | | | | | | | |
| Supplies | 8,270 | 4.50% | 4,260 | 2.96% | 5,708 | 3.39% | 3,155 | 2.86% | 9,098 | 4.35% |
| Repair & Maint | 1,141 | 0.62% | 1,828 | 1.27% | 1,026 | 0.61% | (1,324) | (1.20%) | 268 | 0.13% |
| Utilities | 11,151 | 6.07% | 11,489 | 7.98% | 10,266 | 6.09% | 8,064 | 7.30% | 24,689 | 11.81% |
| Uniforms/Laundry | 604 | 0.33% | 437 | 0.30% | 554 | 0.33% | 289 | 0.26% | 761 | 0.36% |
| Contract Services | 1,347 | 0.73% | 1,380 | 0.96% | 1,460 | 0.87% | 1,012 | 0.92% | 580 | 0.28% |
| CCard/GCard Fees | 2,486 | 1.35% | 2,002 | 1.39% | 2,510 | 1.49% | 1,957 | 1.77% | 2,851 | 1.36% |
| Bank Charges | 206 | 0.11% | 206 | 0.14% | 206 | 0.12% | 206 | 0.19% | 206 | 0.10% |
| Misc. Expenses | 135 | 0.07% | 6 | 0.00% | 70 | 0.04% | 145 | 0.13% | 127 | 0.06% |
| Cash (Over)/Short | 3 | 0.00% | 0 | 0.00% | 16 | 0.01% | (1,766) | (1.60%) | (13) | (0.01%) |
| Total Controllable Expenses | 25,343 | 13.79% | 21,607 | 15.01% | 21,815 | 12.94% | 11,736 | 10.62% | 38,566 | 18.44% |
| Store Controllable Income | 32,128 | 17.48% | 41,348 | 28.72% | 35,929 | 21.31% | 4,570 | 4.14% | 42,961 | 20.54% |
| Store Non-Controllable Exp. | | | | | | | | | | |
| Licenses & Fees | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Shared Expenses | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Fuel Surcharges | 0 | 0.00% | (1) | (0.00%) | 0 | 0.00% | 0 | 0.00% | 64 | 0.03% |
| State Business Taxes | 0 | 0.00% | (1) | (0.00%) | 0 | 0.00% | 0 | 0.00% | 770 | 0.37% |
| Total Non-Controllable Exp | 0 | 0.00% | 1,534 | 1.07% | 0 | 0.00% | 0 | 0.00% | 770 | 0.37% |
| Advertising | 3,930 | 2.14% | 2,744 | 1.91% | 3,289 | 1.95% | 1,981 | 1.79% | 3,659 | 1.75% |
| Occupancy Expenses | | | | | | | | | | |
| Rent | 11,963 | 6.51% | 12,092 | 8.40% | 14,146 | 8.39% | 10,094 | 9.14% | (182) | (0.09%) |
| CAM Expense | 4,687 | 2.55% | 0 | 0.00% | 1,639 | 0.97% | 1,404 | 1.27% | 714 | 0.34% |
| Property Taxes | 2,954 | 1.63% | 4,785 | 3.32% | 2,544 | 1.51% | 2,711 | 2.45% | 811 | 0.39% |
| Insurance | 749 | 0.41% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Total Occupancy Expenses | 20,353 | 11.07% | 16,878 | 11.72% | 18,329 | 10.87% | 14,209 | 12.86% | 1,343 | 0.64% |
| Store Level EBITDA | 7,844 | 4.27% | 20,192 | 14.03% | 14,311 | 8.49% | (11,620) | (10.52%) | 37,189 | 17.78% |