IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RITA RESTAURANT CORP., *et al*[1] | § | Case No. 16-52272 |
| | § | |
| Debtors. | § | (Jointly Administered) |

# NOTICE OF RESCHEDULED HEARING

Please take notice that the Court has rescheduled a hearing previously set for January 4, 2017 at 2:00 p.m. (Central Time) to **January 10, 2017 at 2:00 p.m. (Central Time)**, before the Honorable Ronald B. King, Hipolito F. Garcia Federal Building and United States Courthouse, 615 E. Houston St., Courtroom 1, San Antonio, Texas 78205, to consider the following:

**Debtors' Motion for Entry of an Order Authorizing Entry Into
and Performance Under Plan Support Agreement
[ECF No. 205]**

Dated: December 22, 2016

Respectfully submitted,

AKERMAN LLP

 /s/ John E. Mitchell
David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com

COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Rita Restaurant Corp. (3919); Don Pablo's Operating, LLC (1986); and Hops Operating, LLC (1985). The address for all the Debtors is 120 Chula Vista, Hollywood Park, TX 78232.

{40297759;1}