IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RITA RESTAURANT CORP., *et al*[1] | § | Case No. 16-52272 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**DEBTORS' OBJECTION TO SCHEDULED CLAIM
OF GORDON FOOD SERVICE, INC.**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE
ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 30 DAYS
FROM THE DATE OF SERVICE, THE RELIEF
REQUESTED HEREIN MAY BE GRANTED WITHOUT A
HEARING BEING HELD.**

**IF A RESPONSE IS FILED, A HEARING ON THIS
OBJECTION WILL TAKE PLACE ON JUNE 7, 2017 AT
2:00 P.M. IN THE COURT OF THE HONORABLE JUDGE
RONALD B. KING, U. S. BANKRUPTCY COURT,
HIPOLITO F. GARCIA FEDERAL BUILDING AND
UNITED STATES COURTHOUSE, COURTROOM #1, 615
E. HOUSTON STREET, SAN ANTONIO, TX 78205.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A
HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

　　Rita Restaurant Corp. *et al.* (collectively, the "Debtors"), debtors and debtors-in-

possession in the above-captioned Chapter 11 cases (the "Chapter 11 Cases" or "Cases") hereby

object to the Scheduled Claim in the amount of $149,431.78 (the "Claim") for Gordon Food

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Rita Restaurant Corp. (3919); Don Pablo's Operating, LLC (1986); and Hops Operating, LLC (1985). The address for all the Debtors is 120 Chula Vista, Hollywood Park, TX 78232.

Service, Inc. ("Claimant"). In support thereof, the Debtors would respectfully show the Court as follows:

## I.    JURISDICTION

1.      The United States Bankruptcy Court for the Western District of Texas (the "Court" or "Bankruptcy Court") has jurisdiction over this Objection under 28 U.S.C. §§157 and 1334. Venue of this case and this Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding with the meaning of 28 U.S.C. § 157(b)(2).

## II.    BACKGROUND

2.      On October 4, 2016, (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      The Court set February 6, 2017 (the "Bar Date") as the deadline for creditors to file Proofs of Claims in the Chapter 11 Cases.

## III.    DISPUTED CLAIM

4.      The Claim, described in detail below, should be disallowed in its entirety:

- Name of Claimant: Gordon Food Service, Inc.

- Scheduled Amount of Disputed Claim: $149,431.78; Case No. 16-52272

(the "Disputed Claim").

## IV.    RELIEF REQUESTED

5.      The Debtors respectfully request the Court enter an Order in substantially the form attached hereto as **Exhibit A**, sustaining this objection to the Claim and disallowing the Claim in its entirety.

41550119v1
41550119v1

## V.  BASIS FOR RELIEF REQUESTED

6.      The Debtors object to the Disputed Claim in the amount of $149,431.78.  Even though scheduled, the Debtors believe they have fully paid and satisfied the Claim.  The Claim has been paid or otherwise satisfied.

## VI.  RESERVATION OF RIGHTS

7.      The Debtors expressly reserve the right to amend, modify or supplement this Objection and to file additional substantive or non-substantive objections to the Disputed Claim objected to herein, or any other Claims (filed or not) which may be asserted against the Debtors. Should one or more of the grounds stated in this Objection be overruled, the Debtors reserve their rights to object on other stated grounds or on any other grounds that the Debtors discover. In addition, the Debtors reserve the right to raise further objections, including objections under section 502(d) of the Bankruptcy Code.

## VII.  CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially similar to the form attached as Exhibit A, (i) granting the relief requested herein; and (ii) such other and further relief as it deems just and proper.

Dated: April 24, 2017                          Respectfully submitted,

                                               AKERMAN LLP

                                                _/s/ John E. Mitchell_
                                               David W. Parham, SBN: 15459500
                                               John E. Mitchell, SBN: 00797095
                                               Scott D. Lawrence, SBN: 24087896
                                               2001 Ross Avenue, Suite 3600
                                               Dallas, TX 75201
                                               Telephone:    (214) 720-4300
                                               Facsimile:    (214) 981-9339
                                               david.parham@akerman.com
                                               john.mitchell@akerman.com
                                               scott.lawrence@akerman.com

*COUNSEL FOR DEBTORS AND*
*DEBTORS-IN-POSSESSION*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 25, 2017, a copy of the foregoing was served upon all parties receiving notice through the Court's CM/ECF system, and by U. S. First Class Mail on the following Claimant(s) and attached Service List.

Gordon Food Service, Inc.
1300 Gezon Parkway SW
Wyoming, MI 49509

_/s/ John E. Mitchell_____
John E. Mitchell

**LIMITED SERVICE LIST**
**In re Rita Restaurant Corp, *et al.***
**Case No. 16-52272-rbk**
**as of April 17, 2017**

**DEBTORS**

Rita Restaurant Corp.
Don Pablo's Operating, LLC
Hops Operating, LLC
c/o Adele Wang, Esq.
120 Chula Vista Drive
Hollywood Park, TX  78232

**DEBTORS' COUNSEL**

Akerman LLP
David W. Parham, Esq.
John E. Mitchell, Esq.
Scott D. Lawrence, Esq.
2001 Ross Avenue, Suite 2550
Dallas, TX  75201
Phone: 214.720.4300
Fax:  214.981.9339
Email: David.Parham@Akerman.com
Email: John.Mitchell@Akerman.com
Email: Scott.Lawrence@Akerman.com

Akerman LLP
Esther A. McKean, Esq.
420 South Orange Avenue
Suite 1200
Orlando, FL  32801
Phone: 407.423.4000
Fax: 407.843.6610
Email:  Esther.McKean@Akerman.com

**GOVERNMENTAL AGENCIES**

Internal Revenue Services
300 E. 8th Street
Austin, TX  78701

Internal Revenue Services
P.O. Box 7346
Philadelphia, PA  19101

Office of the United States Trustee
Attn:  James Rose, Esq.
615 E. Houston, Suite 533
San Antonio, TX  75205

U. S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX  78216

**INTERESTED PARTIES**

Alachua County Tax Collector
P.O. Box 142340
Gainesville, FL 32614

All Jones, LLC
c/o Bob Amaro
120 Chula Vista Drive
Hollywood Park, TX  78232

Arbor Lakes Property
16505 75th Avenue
North Maple Grove, MN 55331

Arizona Bank & Trust
2036 E. Camelback Road
Phoenix, AZ  85016-4711

Bank of America
300 Convent Street, Floor 6
San Antonio, TX  78205

Ben E. Keith
1805 Record Crossing
Dallas, TX 75235

Calhoun County Treasurer
315 W Green Street
Marshall, MI 49068

Craig Stone
615 E. 6th, Apt. No. 4
Newport, KY  41071

1

**LIMITED SERVICE LIST**
**In re Rita Restaurant Corp,** *et al.*
**Case No. 16-52272-rbk**
**as of April 17, 2017**

Con-Serv Industries
P.O. Box 650490
Sterling, VA  20165

D. Wesley Newhouse, Esq.
Newhouse, Prophater, Kolman & Hogan LLC
5025 Arlington Centre Blvd., Suite 400
Columbus, OH  43220

Dallas County
c/o Don Stecker, Esq.
Linebarger Goggan Blair & Sampson, LLP
771 Navarro Street, Suite 300
San Antonio, TX  78205

Dallas County
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX  75207

EMR Don Pablos IN, LLC
4640 Admiralty Way
Suite 700
Marina Del Rey, CA  90292

Federal Realty Investment Trust
c/o Michael G. Colvard, Esq.
Martin & Drought, P.C.
2500 Bank of America Plaza
300 Convent Street
San Antonio, TX  78205

Federal Realty Investment Trust
c/o David L. Pollack, Esq.
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Federal Realty Investment Trust
P.O. Box 8500-9320
Philadelphia, PA   19178-9320

FMP SA Management
120 Chula Vista
Hollywood Park, TX 78232

G&K Services Inc.
Attn:  Maddy Shefferly
P.O. Box 677057
Dallas, TX  75267-7057

Gala Enterprises of Florida Inc.
7543 International Dr.
Orlando, FL  32819

Gordon Foods
P.O. Box 1787
Grand Rapids, MI  49501-1787

Greenberg, Grant & Richards
5858 Westheimer Rd., 5th Floor
Houston, TX 77057

Gregory Brown, Esq.
McCarron & Diess
707 Walt Whitman Road, Second Floor
Melville, NY 11747

Jeffery N. Pomerantz, Esq.
Shirley S. Cho, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067

JP Morgan Chase Bank
1734 N. Loop 1604 E.
Suite 101
San Antonio, TX  78232

Keany Produce Co.
3310 75th Avenue
Landover, MD  20785

**LIMITED SERVICE LIST**
**In re Rita Restaurant Corp, *et al.***
**Case No. 16-52272-rbk**
**as of April 17, 2017**

Kimco Realty Corporation
Owings Mills Mall, LLC
333 New Hyde Park Road
Suite 100
New Hyde Park, NY 11042

L&M Associates One Oxford Centre
c/o Oxford Development Company
301 Grant Street, Suite 4010
Pittsburgh, PA 15219

Lloyd A. Lim, Esq.
Reed Smith, LLP
811 Main Street, Suite 1700
Houston, TX 77002

Lone Star State Bank of West Texas
2975 JBS Parkway
Odessa, TX 79762

Mark Andrews, Esq.
Dykema Cox Smith
1717 Main Street, Suite 4200
Dallas, TX 75201

Marsha A. Houston, Esq.
Christopher O. Rivas, Esq.
Reed Smith, LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

MFC Beavercreek, LLC
c/o Glimcher Properties, LP
P.O. Box 46063
Houston, TX 77210-6063

Michael D. Warner, Esq.
Cole Schotz, P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

North Richland Hills Pads, LLC
605 E. Main Street, Suite 7
Aspen, CO 81611

Ouellette Enterprises, LLP
c/o Michael J. Sheridan, Esq.
Atlas Law Firm, LLC
7900 International Dr., Suite 300
Bloomington, MN 55425

Ouellette Enterprises, LLP
18625 E. McDowell Mtn. Dr.
Rio Verde, AZ 85263

Outfield, LLC
c/o David S. Gragg, Esq.
Langley & Banack Inc.
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, TX 78212-3166

Outfield, LLC
c/o Lormax Stern
Development Co.
38500 Woodward Avenue
Bloomfield Hills, MI 48304

Patrick Huffstickler, Esq.
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

Pinellas County Tax Collector
P.O. Box 6340
Clearwater, FL 33758

Pittsburgh PA Restaurant LP
16 Roderer Drive
Raritan, NJ 08869-1038

PNC Bank, N.A.
8020 Conroy Windermere Road
Orlando, FL 32835

Potomac Run LLC
P.O. Box 6203
Hicksville, NY 11802-6203

3

**LIMITED SERVICE LIST**
**In re Rita Restaurant Corp, *et al.***
**Case No. 16-52272-rbk**
**as of April 17, 2017**

Rachel R. Obaldo, Esq.
Assistant Attorney General
Bankruptcy & Collections Div., MC 008
P.O. Box 12548
Austin, TX  78711-2548

Renard Scott
c/o Rad Law Firm
Attn: Daryoush Toofanian, Esq.
8001 Lyndon B Johnson Fwy., Suite 300
Dallas, TX  75251

Revenue Recovery Solutions, Inc.
323 10th Avenue West, Suite 300
Palmetto, FL 34221

Robert Yaquinto, Jr., Esq.
Sherman & Yaquinto, LLP
509 N. Montclair Avenue
Dallas, TX  75208

Rookwood Pavilion
c/o Casto Southwest
5391 Lakewood Ranch Blvd., Suite 100
Sarasota, FL  34240

Roundhouse Alexandria, Inc.
dba CPYR, Inc.
P.O. Box 79798
Baltimore, MD  21279-0798

RPI Ridgmar Town Square, LTD.
2929 Carlisle Street
Suite 170
Dallas, TX  75204

Sanford Towne 100DP, LLC
1401 Broad Street
Clifton, NY   07013

Sarasota County Tax Collector
101 S. Washington Blvd.
Palmetto, FL 34221

Schneider Thirty of Kentucky, Inc.
c/o John J. Sparacino, Esq.
Vorys, Sater, Seymour and Pease, LLP
700 Louisiana Street, Suite 4100
Houston, TX  77002

SDM, LLC
c/o Eclipse Management
6402 Cornell Avenue
Indianapolis, IN  46220

Shelby Town Ctr. I, LLC
34120 Woodward
Birmingham, MI  48009

Simon
c/o Sandor Development
10689 N. Pennsylvania Street, # 100
Indianapolis, IN   46280

Tarrant County
c/o Don Stecker, Esq.
Linebarger Goggan Blair & Sampson, LLP
771 Navarro Street, Suite 300
San Antonio, TX  78205

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway Suite 1000
Dallas, TX  75207

Timothy A. Million, Esq.
Hughes Watters Askanase, LLP
Total Plaza
1201 Louisiana, Street, 28th Floor
Houston, TX  77002

TKG Christiana Center, LLC
Boone County National Bank
P.O. Box 7151
Columbia,  MO 65205

**LIMITED SERVICE LIST**
**In re Rita Restaurant Corp,** *et al.*
**Case No. 16-52272-rbk**
**as of April 17, 2017**

TKG Christiana Center, LLC
W. "Trey" R. Dyer, III
Cherry Petersen Landry Albert LLP
8350 N. Central Expressway, Suite 1500
Dallas, TX 75206

Trimark United East
505 Collins Street
South Attleboro, MA  02703

TSCA-245 Limited Partnership
c/o Jonathan L. Howell, PLLC
Glast, Phillips & Murray, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX  75254

US MJW East Gate IV, LLC
20 South Clark Street
Suite 3000
Chicago, IL 60603

Washington Prime Group, Inc.
c/o Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202